JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel:  (702) 792-3773
Fax:  (702) 792-9002
Email:  bundickj@gtlaw.com
        welchkirmsew@gtlaw.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOG BITES BACK, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a National Association; DOES I through X; and ROE COMPANIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01459-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**[First Request]** |

    Plaintiff DOG BITES BACK, LLC ("Plaintiff" or "Dog Bites Back, LLC") and Defendant JPMORGAN CHASE BANK, N.A. ("Defendant" or "JPMorgan"), by and through their respective counsel, hereby stipulate to an extension of JPMorgan's deadline to respond to the Complaint, up to and including September 4, 2020.

    **WHEREAS**, Plaintiff filed the Complaint in this matter in the Eighth Judicial District Court, Clark County, Nevada, on June 16, 2020 (the "State Court Action").

    **WHEREAS**, Defendant removed this matter to the United States District Court for the District of Nevada on August 5, 2020 (ECF No. 1).

/ / /

ACTIVE 51798181v3

**WHEREAS**, the Parties have agreed to extend JPMorgan's deadline to respond to the Complaint, up to and including September 4, 2020, to permit JPMorgan to evaluate the claims asserted and to explore any potential resolution should any be feasible.

**WHEREAS**, no party will be prejudiced by an extension of JPMorgan's time to respond to the Complaint.

**WHEREFORE, IT IS HEREBY STIPULATED**, between counsel for Plaintiff and counsel for Defendant that:

JPMorgan's deadline to file an answer or otherwise respond to the Complaint is extended up to and including September 4, 2020.

This stipulation is made in good faith and is not for the purpose of causing any undue delay.

**IT IS SO STIPULATED.**

DATED this 17th day of August, 2020.                    DATED this 17th day of August, 2020.

**GREENBERG TRAURIG, LLP**                              **MASSI & MASSI, ATTORNEYS AT LAW**


   /s/ Jacob D. Bundick                                    /s/ Robert G. Massi
JACOB D. BUNDICK, ESQ.                                  ROBERT G. MASSI, ESQ.
Nevada Bar No. 9772                                     Nevada Bar No. 13719
WHITNEY L. WELCH-KIRMSE, ESQ.                           2510 Wigwam Parkway, Suite 206
Nevada Bar No. 12129                                    Henderson, Nevada 89074
10845 Griffith Peak Dr., Suite 600                      *Attorney for Plaintiff Dog Bites Back, LLC*
Las Vegas, Nevada 89135
*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

## ORDER

In consideration of the stipulation by the parties, and with cause appearing,

**IT IS HEREBY ORDERED** JPMorgan's deadline to file an answer or otherwise respond to the Complaint is extended up to and including September 4, 2020.

DATED this 18th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

ACTIVE 51798181v3