JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel:   (702) 792-3773
Fax:   (702) 792-9002
Email: bundickj@gtlaw.com
       welchkirmsew@gtlaw.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOG BITES BACK, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a National Association; DOES I through X; and ROE COMPANIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01459-GMN-DJA<br><br>**STIPULATION AND ORDER REGARDING DIVERSITY JURISDICTION PURSUANT TO 28 U.S.C. § 1332** |

Plaintiff DOG BITES BACK, LLC ("Plaintiff" or "Dog Bites Back LLC") and Defendant JPMORGAN CHASE BANK, N.A. ("Defendant" or "JPMorgan"), by and through their respective counsel, hereby stipulate as to the existence of diversity jurisdiction pursuant to 28 U.S.C. § 1332.

**WHEREAS**, Plaintiff filed the Complaint in this matter in the Eighth Judicial District Court, Clark County, Nevada, on June 16, 2020 (the "State Court Action").

**WHEREAS**, Defendant removed this matter to the United States District Court for the District of Nevada on August 5, 2020 (ECF No. 1).

**WHEREAS**, on August 7, 2020, this Court issued a Minute Order, which ordered Defendant to show cause as to why the Court should not remand this action to Clark County District Court for failure to satisfy the diversity jurisdiction requirements set forth in 28 U.S.C. § 1332 (ECF No. 5).

**WHEREAS**, Defendant JPMorgan Chase Bank, N.A. is, and was at the time the State Court Action was filed, a national banking association, organized under the laws of the United States, with its main office, as designated in its Articles of Association, in Columbus, Ohio.  Accordingly, JPMorgan is a citizen of Ohio for the purpose of diversity jurisdiction.

**WHEREAS**, Plaintiff Dog Bites Back, LLC is owned and/or managed by two (2) individuals: Antonio Accornero and Giancarlo Bomparola (the "Managers")

**WHEREAS**, Manager Antonio Accornero resides at 9601 Orient Express Court, Las Vegas, Nevada 89145.

**WHEREAS**, Manager Giancarlo Bomparola resides at 9741 Manheim Lane, Las Vegas, Nevada 89117.  Accordingly, Plaintiff Dog Bites Back, LLC is a Nevada citizen for the purpose of diversity jurisdiction.

**WHEREFORE, IT IS HEREBY STIPULATED**, between counsel for Plaintiff and counsel for Defendant, that:

> The diversity jurisdiction requirements set forth in 28 U.S.C. § 1332 have been satisfied pursuant to *Johnson v. Colombia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").

**IT IS SO STIPULATED.**

DATED this 17th day of August, 2020.                    DATED this 17th day of August, 2020.

**GREENBERG TRAURIG, LLP**                               **MASSI & MASSI, ATTORNEYS AT LAW**

  */s/ Jacob D. Bundick*                                    */s/ Robert G. Massi*
JACOB D. BUNDICK, ESQ.                                   ROBERT G. MASSI, ESQ.
Nevada Bar No. 9772                                      Nevada Bar No. 13719
WHITNEY L. WELCH-KIRMSE, ESQ.                            2510 Wigwam Parkway, Suite 206
Nevada Bar No. 12129                                     Henderson, Nevada 89074
10845 Griffith Peak Dr., Suite 600                       *Attorney for Plaintiff Dog Bites Back, LLC*
Las Vegas, Nevada 89135
*Counsel for Defendant JPMorgan Chase Bank, N.A.*

### ORDER

In consideration of the stipulation by the parties, and with cause appearing,

**IT IS HEREBY ORDERED** The diversity jurisdiction requirements set forth in 28 U.S.C. § 1332 have been satisfied pursuant to *Johnson v. Colombia Props. Anchorage, LP*, 437 F.3d 894, 899

(9th Cir. 2006) ("[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").

DATED this  18  day of August, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

///
///
///