ROBERT G. MASSI, ESQ.
Nevada Bar No. 13719
**MASSI & MASSI, ATTORNEYS AT LAW**
2510 Wigwam Parkway, Suite #206
Henderson, Nevada 89074
Telephone: (702) 870-1100
Facsimile:  (702) 870-0196
Email:  olga@massiandmassi.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOG BITES BACK LLC. *Plaintiff*, vs. JPMORGAN CHASE BANK, N.A., *Defendant*, | Case No:  2:20-cv-01459-GMN-DJA |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED between Plaintiff DOG BITES BACK LLC, a Nevada Limited Liability Company, by and through its attorneys ROBERT G. MASSI, ESQ. of the Law Firm of MASSI AND MASSI, ATTORNEYS AT LAW and Defendant JPMORGAN CHASE BANK, N.A., by and through its attorneys of record Jacob D. Bundick, Esq. of the law firm GREENBERG, TRAURIG, LLP, that in accordance with FRCP 41(a)(2), all claims asserted against Defendant herein are dismissed with prejudice with each party to bear its own attorney's fees and costs.

1

**IT IS SO STIPULATED.**

Dated this 18th day of November, 2021

Dated this 18th day of November, 2021

**MASSI & MASSI,**
**ATTORNEYS AT LAW**

**GREENBERG TRAURIG LLP**

By: /s/ Robert G. Massi
ROBERT G. MASSI, ESQ.
Nevada Bar No. 13719
2510 Wigwam Parkway., Ste. 206
Henderson, Nevada 89074
*Attorneys for Plaintiff*

By: /s/ Whitney Welch Kirmse
Jacob D. Bundick, Esq.
Whitney Welch-Kirmse, Esq.
10845 Griffith Peak Drive, Ste 600
Las Vegas, Nevada 89135
Tel: (702) 366-7076
Fax: (702) 366-7078
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED this   1   day of December, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2